```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HERST, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

TOMMIE COPPER INC.,

           Defendant.

16 Civ. 7008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The claims in this action having been resolved by the class action settlement approved by the Court in *In re Tommie Copper Products Consumer Litigation*, No. 15 Civ. 3183, ECF No. 129 (May 4, 2018), the Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: May 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge